

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2021

No. 04-21-00208-CV

Richard **PAMPLIN** and Networth Cashflow Systems, LLC,
Appellants

v.

Kelly **STEPHENSON**, Trustee of The Coffee Time, Inc. 40 I K (PSP),
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI05138
Honorable Aaron Haas, Judge Presiding

# O R D E R

The Appellants' second motion for extension of time to file their brief is hereby GRANTED. Appellants' brief is due on or before December 13, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court